No. 83–6367.   ROTHSCHILD v. CITY OF FORT LAUDERDALE. C. A. 11th Cir.   Certiorari denied.

No. 83–6373.   BELTON v. LOUISIANA.   Sup. Ct. La.   Certiorari denied.

No. 83–6374.   ATTWELL ET UX. v. HERITAGE BANK OF MOUNT PLEASANT ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 83–6375.   HOLSEY v. INMATE GRIEVANCE COMMISSION. Ct. Sp. App. Md.   Certiorari denied.

No. 83–6386.   ARCHIE v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 83–6396.   WARD v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.   C. A. 9th Cir.   Certiorari denied.

No. 83–6422.   PRICE v. WASHINGTON DEPARTMENT OF FISHERIES.   Sup. Ct. Wash.   Certiorari denied.

No. 83–6429.   REGISTER v. NEW YORK.   Ct. App. N. Y. Certiorari denied.

No. 83–6437.   JOSEPH v. GOVERNMENT OF THE VIRGIN ISLANDS.   C. A. 3d Cir.   Certiorari denied.

No. 83–6446.   LYNK v. LAPORTE SUPERIOR COURT ET AL. Sup. Ct. Ind.   Certiorari denied.

No. 83–6471.   HAYES v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 11th Cir.   Certiorari denied.

No. 83–6508.   BROOKINS v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 83–1341.   WESTERN COAL TRAFFIC LEAGUE ET AL. v. UNITED STATES ET AL.   C. A. 5th Cir.   Certiorari denied.   JUSTICE WHITE would grant certiorari.   JUSTICE POWELL took no part in the consideration or decision of this petition.